**Stephanie Deutsch**

---

**Subject:** FW: 2:20-cv-02312-MCE-DMC Medina v. FCA US LLC

---

**From:** Nicholas Cannarozzi
**Sent:** Monday, November 28, 2022 9:36 AM
**To:** david barry <dbarry@mylemonrights.com>; Sachs, Michael B. <msachs@clarkhill.com>; Frazier, Candace <cfrazier@clarkhill.com>; Haddad, Georges A. <ghaddad@clarkhill.com>; Deihl, Penny M. <pdeihl@clarkhill.com>
**Subject:** FW: 2:20-cv-02312-MCE-DMC Medina v. FCA US LLC

Good morning,

Per my 10/27/2022 e-mail below, please advise as to the status of the long form settlement agreement. Thanks.

# Nic Cannarozzi

Courtroom Deputy to the
Honorable Jeremy D. Peterson
United States District Court
501 I Street, Suite 4-200
Sacramento, CA 95814
916.930.4172

---

**From:** Nicholas Cannarozzi
**Sent:** Thursday, October 27, 2022 7:56 AM
**To:** david barry <dbarry@mylemonrights.com>; Sachs, Michael B. <msachs@clarkhill.com>
**Subject:** 2:20-cv-02312-MCE-DMC Medina v. FCA US LLC

Good morning,

Please advise as to the status of the below deadline for the long form settlement agreement to be finalized. Thanks.

| 06/29/2022 | view 18 | MINUTES (Text Only) for SETTLEMENT CONFERENCE held on 6/29/2022 via video conference before Magistrate Judge Jeremy D. Peterson: All parties present and appearing by video conference. After discussions with the court, the CASE SETTLED. The terms of the settlement agreement were placed on the record. **The court ordered the long form settlement agreement to be completed within 30 days** and vacated all future deadlines/hearings. Plaintiffs Counsel David Barry present. Defendants Counsel Michael Sachs present. Court Reporter/CD Number: N. Cannarozzi, ECRO. (Cannarozzi, N) (Entered: 06/29/2022) |
|---|---|---|

# Nic Cannarozzi

Courtroom Deputy to the
Honorable Jeremy D. Peterson
United States District Court
501 I Street, Suite 4-200
Sacramento, CA 95814
916.930.4172