UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMESIS MEDINA,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC,<br><br>    Defendant. | Case No.  2:20-cv-02312-MCE-DMC<br><br>**ORDER** |

On October 28, 2023, this Court issued the following minute order:

> Pursuant to the Order at ECF No. 18, the case was settled, and counsel were ordered to file the "long form settlement agreement" within thirty (30) days of the June 29, 2022, Minute Order issued by Magistrate Judge Jeremy D. Peterson. A docket review reflects counsels' failure to comply with this Order. Further, counsel failed to reply to the Courtroom Deputy's emails on October 27, 2022, and November 28, 2022, seeking an update for Judge Peterson regarding the status of the overdue filing. Accordingly, and not later than November 13, 2023, counsel are ordered to SHOW CAUSE, in writing, why they failed to comply with Order at ECF No. 18 and why they failed to respond to emails thereto. Failure to timely comply with this Order will result in the imposition of sanctions, up to and including terminating sanctions, on any and all counsel as well as any party or parties who cause non-compliance with this Court's Order.

ECF No. 21.  The Court has reviewed counsels' responses, in which they indicate this case has been settled in its entirety.  ECF Nos. 22-23.  The Court is not impressed with

counsels' explanations for the above-detailed failures.  That said, it is hereby ordered that not later five (5) days following the date this Order is electronically filed the parties are directed to file a stipulation of dismissal as to this case.  Failure to timely comply with this Order will result in the imposition of both terminating sanctions and separate monetary sanctions against counsel.  The Court will hold the existing OSC in abeyance until the stipulation of dismissal is filed as well.

    IT IS SO ORDERED.

Dated:  November 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE